# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:25-CV-00766-KDB-WCM

| | |
|---|---|
| ANTHONY LEONARD,<br><br>**Plaintiff,**<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>**Defendant.** | **<u>MEMORANDUM AND ORDER</u>** |

**THIS MATTER** is before the Court on Defendant's Motion to Dismiss for Insufficient Service of Process (Doc. No. 11). For the reasons discussed briefly below, the Court will deny the motion and extend Plaintiff's time for service based on pro se Plaintiff's good faith attempt at service.

On December 15, 2025, Plaintiff timely and properly served on Defendant Experian Information Solutions, Inc.'s registered agent a copy of the Civil Summons, Certificate of Settlement Conference, and a standing order, but did not include a copy of the Complaint along with these documents. Therefore, full service has not been effected in accordance with Fed. R. Civ. Proc. 4(c)(1), even though Experian has actual knowledge of the action and likely long ago obtained a copy of the Complaint, which is publicly available.

Rule 1 of the Federal Rules of Civil Procedure provides that the rules should be "employed by the court and the parties to secure the just, speedy and inexpensive determination of every action and proceeding." While it is doubtful that Experian's motion to dismiss in these circumstances involving a pro se plaintiff furthers these aspirations, Experian is correct that proper service must

1

be made. However, dismissal of this action based on either Plaintiff's oversight or lack of knowledge of the rules in leaving the Complaint out of the service package would not be just. Therefore, pursuant to Fed. R. Civ. Proc. 4(m), the Court will deny Defendant's motion, direct the Parties to promptly discuss the possibility of a waiver of service or other means of expeditious service by consent (such as email) and extend the period for service by 30 days to provide time for Plaintiff to serve the Complaint in the event the parties are unable to agree on service.

**ORDER**

**NOW THEREFORE IT IS ORDERED THAT:**

1. Defendant's Motion to Dismiss is (Doc. No. 11) is **DENIED** without prejudice**;**

2. The Parties are directed to promptly discuss whether Defendant will agree to waive service of the Complaint or accept service in some expeditious and inexpensive manner; and

3. The time for Plaintiff to effect service is extended until 30 days from the date of this Order pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED ADJUDGED AND DECREED**.

Signed: April 9, 2026

Kenneth D. Bell
United States District Judge

2
